IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANE DOE,** | ) | **CASE NO. 8:08CV212** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **THE UNITED STATES AIR FORCE,** | ) | |
| and **THE UNITED STATES NAVY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation and Motion to Dismiss Party Defendant with Prejudice and to Amend Caption. The Court finds that the joint stipulation should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation and Motion to Dismiss with Prejudice (Filing No. 30) is approved, and the relief requested therein is granted;

2. The Defendant, The United States Navy, shall be dismissed as a party, with prejudice;

3. The parties will pay their own costs; and

4. The Clerk of the Court is directed to amend the caption in this case by terminating The United States Navy as a defendant.

DATED this 10th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge