IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 8:08CV212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| and THE UNITED STATES AIR | ) | |
| FORCE, | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice given to the District Judge on November 10, 2008, by Paul Boeshart, Assistant United States Attorney, that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before December 22, 2008, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 10th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge