IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANE DOE,** | ) | **CASE NO. 8:08CV212** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| and **THE UNITED STATES AIR** | ) | |
| **FORCE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation and Motion for Dismissal with Prejudice. The Court finds that the joint stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation and Motion for Dismissal with Prejudice (Filing No. 33) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs.

DATED this 15th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge